DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Town of Green Level v. Alamance Cty.<br><br>Case below:<br>184 N.C. App. —<br>(17 July 2007) | No. 417P07 | Def's PDR Under N.C.G.S. 7A-31<br>(COA06-1304) | Denied<br>11/08/07 |
| Watts v. N.C. Dep't of Envt'l & Natural Res.<br><br>Case below:<br>182 N.C. App. 178 | No. 191A07 | 1. Plt's PDR Under N.C.G.S. § 7A-31<br>(COA06-299)<br><br>2. AG's NOA (Dissent)<br><br>3. AG's PDR as to Additional Issues | 1. Denied<br>10/11/07<br><br>2. —<br><br>3. Denied<br>10/11/07 |
| Webb v. Alamance Reg'l Med. Ctr., Inc.<br><br>Case below:<br>185 N.C. App. —<br>(7 August 2007) | No. 449P07 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA06-446) | Denied<br>10/11/07 |
| Webb v. Hardy<br><br>Case below:<br>182 N.C. App. 324 | No. 187P07 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA06-907) | Denied<br>10/11/07 |
| West v. Consolidated Diesel Co.<br><br>Case below:<br>184 N.C. App. —<br>(3 July 2007) | No. 393P07 | Defs' PDR Under N.C.G.S. § 7A-31<br>(COA06-1282) | Denied<br>10/11/07 |
| West Durham Lumber Co. v. Meadows<br><br>Case below:<br>179 N.C. App. 347 | No. 606P06 | 1. Plt's PDR Under N.C.G.S.<br>§ 7A-31 (COA05-1181)<br><br>2. Def's (National Bank of Commerce) Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>11/08/07<br><br>2. Dismissed as Moot<br>11/08/07 |
| Wilson v. Green<br><br>Case below:<br>185 N.C. App. —<br>(21 August 2007) | No. 473P07 | Defs' PDR Under N.C.G.S. § 7A-31<br>(COA06-186) | Denied<br>11/08/07 |
| Wooten v. Newcon Transp., Inc.<br><br>Case below:<br>178 N.C. App. 698 | No. 429P06 | Def's PDR Under N.C.G.S. 7A-31<br>(COA05-1107) | Denied<br>11/08/07<br><br>**Hudson, J., Recused** |